IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIETTE CLIFTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:10-0330 |
| | ) Judge Trauger |
| TENNESSEE PROFESSIONAL ASSISTANCE | ) |
| PROGRAM and CENTENNIAL MEDICAL | ) |
| CENTER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, defendant Centennial Medical Center's Motion to Dismiss and Motion to Dismiss Second Amended Complaint, which seek identical relief on identical grounds (Docket Nos. 7 and 13), are **DENIED**. Ms. Nanette Gould is also hereby **ORDERED** to file a "Notice of Substitution" identifying the name of the substituted plaintiff and clarifying the caption in this case within 15 days of the date of this Order.

It is so ordered.

Enter this 10th day of May 2010.

_____
ALETA A. TRAUGER
United States District Judge